Ralph S. ANDALORO and Millie Andaloro, Plaintiffs,

and

Agostinho D.S.F. Silveira Alencar Dos Reis, Brandao Reis & Castelo Branco, Brandao Silvera & Jenkins, Daniels & Reis, P.C., Hachimi Reis and Al–Shirazi, Nonparties–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5119.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2004.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Dion F. PENDERGAST, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7057.

United States Court of Appeals, Federal Circuit.

Oct. 22, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.